

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

April 3, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Smith v. Experian Information Solutions, Inc., et al.*,
No. 1:20-cv-01018-AT

Dear Judge Torres:

We represent plaintiff Roxanne Smith ("Plaintiff") in the above-referenced matter. We write to request that the Court adjourn the initial conference currently scheduled for Monday, April 13, 2020 at 11:20 a.m., which is the middle of the Passover holiday. In accordance with the Court's Individual Practices, Plaintiff proposes that conference be adjourned until April 28, 2020, or any other date after the end of Passover that is convenient to the Court. This is Plaintiff's first request for an adjournment with consent of defendants Experian Information Solutions, Inc., American Express Co., Cavalry Portfolio Recovery Services, and Synchrony Bank.

Plaintiff makes this application without input from defendants Aldous & Associates, PLLC, Capital One Bank (USA) N.A., and Discover Bank as they have not yet appeared. Defendant Citibank, N.A. has been dismissed from this action. *See* ECF order dated March 19, 2020 (Docket No. 16).

Thank you for your time and consideration of the above request.

Respectfully submitted,

*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

GRANTED. The initial pretrial conference scheduled for April 13, 2020 is ADJOURNED to **April 28, 2020**, at **11:00 a.m.** By **April 21, 2020**, the parties shall submit their joint letter and proposed case management plan.

The initial pretrial conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, access code 5598827.

SO ORDERED.

Dated: April 6, 2020
New York, New York

ANALISA TORRES
United States District Judge