UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROXANNE SMITH,                                          :

              Plaintiff,              :       <u>ORDER</u>

   -v.-                                                         :
                                                       20 Civ. 1018 (LTS) (GWG)
EXPERIAN INFORMATION                                    :
SOLUTIONS INC., et al.,
                                                        :
              Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The conference scheduled for April 28, 2020 is adjourned <u>sine</u> <u>die</u>. The plaintiff shall report to the Court when the deadline for the latest-served party to respond to the complaint has expired. The Court will schedule a Rule 16 conference at that time.


       SO ORDERED.

Dated:  April 22, 2020
          New York, New York

                                                                              _____
                                                                              GABRIEL W. GORENSTEIN
                                                                              United States Magistrate Judge