UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ROXANNE SMITH,

                Plaintiff,

-against-                            No. 20 CV 1018-LTS-GWG

EQUIFAX INFORMATION SERVICES,
LLC, AMERICAN EXPRESS CO.,
ALDOUS & ASSOCIATES, PLLC,
CAPITAL ONE BANK (USA) N.A.,
CAVALRY PORTFOLIO RECOVERY
SERVICES, CITIBANK, N.A., DISCOVER
BANK, and SYNCHRONY BANK,

                Defendants.
--------------------------------------------------------x

ORDER

In light of the stipulation filed at docket entry no. 43, this action is stayed, as against defendant American Express National Bank ("American Express") only, pending arbitration. Plaintiff and American Express must file a joint report as of September 30, 2020, and each March 31 and September 30 thereafter as to the status of the arbitration proceeding and whether this case should be dismissed, continued stayed, or restored to regular activity with respect to American Express.

This order resolves docket entry no. 43.

      SO ORDERED.

Dated: New York, New York
       May 7, 2020

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge