```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROXANNE SMITH                                          :
                                                                      ORDER
                                                       :
        Plaintiff,                                            20 Civ. 1018 (LTS) (GWG)
                                                       :
   -v.-
                                                       :
EXPERIAN INFORMATION
SOLUTIONS INC., et al.,                                :

        Defendants.                                    :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

It appears to the Court that the deadline for the latest-served party to respond to the complaint has already expired. If true, plaintiff's counsel should have reported this to the Court. See Docket # 38. The plaintiff is directed to file a letter to the Court by July 22, 2020 on the issue of the status of service on any remaining party. Following the filing of this letter, the Court expects to schedule a Rule 16 conference unless the plaintiff or another party explains why this should not occur.

SO ORDERED.

Dated: July 15, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge