UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ROXANNE SMITH,

                      Plaintiff(s),

    -against-

EXPERIEN INFORMATION
SOLUTIONS, INC., et al.,

                      Defendant(s).
---------------------------------------------------------x

No. 20 CV 1018-LTS-GWG

ORDER OF DISMISSAL AS AGAINST CAVALRY PORTFOLIO RECOVERY SERVICES

        The attorneys for the parties have advised the Court that this action has been or will be settled as against a certain defendant only.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as against Cavalry Portfolio Recovery Services and without costs to any party, but without prejudice to restoration of the claims against that Defendant if settlement is not achieved within sixty (60) days of the date of this Order.  If a party wishes to restore the claims or extend the time within which they may be settled, the party must make a letter application before this sixty (60)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       September 28, 2020

                                     /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge