UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ROXANNE SMITH,

                            Plaintiff(s),

   -against-

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

                            Defendant(s).
-------------------------------------------------------x

No. 20 CV 1018-LTS-GWG

ORDER OF DISMISSAL AS AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

       The attorneys for the parties have advised the Court that this action has been or will be settled as against a certain defendant only.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as against Experian Information Solutions, Inc., and without costs to any party, but without prejudice to restoration of the claims against that Defendant if settlement is not achieved within thirty (30) days of the date of this Order.  If a party wishes to restore the claims or extend the time within which they may be settled, the party must make a letter application before this thirty (30)-day period expires.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       November 16, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge